**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MARTHA CZYMMEK,

                        Plaintiff,                    23 **CIVIL** 8124 (LJL)

       -against-                        **JUDGMENT**
                                                  **For Attorney's Fees**
SCOTT FENSTERMAKER,

                        Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 26, 2024, attorney fees granted as to Czymmek against Fenstermaker in the amount of $13,685.00, along with post-judgment interest at the statutory rate and the case is closed.

**Dated:** New York, New York
           March 27, 2024

                                                                         **RUBY J. KRAJICK**
                                                                                **Clerk of Court**

                                        **BY:**
                                                                              **Deputy Clerk**